IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00492-BNB

ABIEL LAEKE,

     Applicant,

v.

GHEBRE CLAN,

     Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 7 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

     Applicant, Abiel Laeke, is confined at the Colorado Mental Health Institute at
Pueblo, Colorado. On March 26, 2010, Mr. Laeke filed *pro se* an application for a writ
of habeas corpus pursuant to 28 U.S.C. § 2241. On March 31, 2010, Magistrate Judge
Boyd N. Boland ordered Mr. Laeke to file an amended pleading that names a proper
Respondent and that clarifies the claims he is asserting in this action. Mr. Laeke was
warned that the action would be dismissed without further notice if he failed to file an
amended pleading within thirty days.

     Mr. Laeke has failed to file an amended pleading within the time allowed and he
has failed to respond in any way to Magistrate Judge Boland's March 31 order.
Therefore, the action will be dismissed without prejudice for failure to file an amended
pleading as directed. Accordingly, it is

     ORDERED that the habeas corpus application is denied and the action is
dismissed without prejudice for failure to file an amended pleading as directed. It is

FURTHER ORDERED that no certificate of appealability will issue because

Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this _7th_ day of __May__, 2010.

BY THE COURT:

_Christine M Arguello_

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00492-BNB

Abiel Laeke
Prisoner No. 85103
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

      I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/7/10

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk